# Exhibit A to Notice of Removal

4825-9309-6159

From:                                                    12/10/2020 09:33        #362 P.002/004

| | |
|---|---|
| Robert D. Kline | ) IN THE COURT OF COMMON |
| | ) PLEAS, MIFFLIN CO, PA |
| PLAINTIFF | ) CIVIL ACTION - LAW |
| | ) NO. CV - 2018 - 1152 |
| V. | ) |
| | ) |
| Health and Life Associates, LLC, John Ripple,) | |
| Jillian Ripple, Kellee Hiob | ) |
| | ) |
| DEFENDANTS | ) |

TO THE PROTHONOTARY

### PRAECIPE TO ISSUE WRIT OF SUMMONS

Please issue a writ of summons in the above case to each Defendant with the following addresses:

Health and Life Associates, LLC c/o
John Ripple
2700 Philadelphia Road, Ste. C
Edgewood, MD 21040

John Ripple
2700 Philadelphia Road, Ste. C
Edgewood, MD 21040

Jillian Ripple
2700 Philadelphia Road, Ste. C
Edgewood, MD 21040

Kellee Hiob
2700 Philadelphia Road, Ste. C
Edgewood, MD 21040

2018 SEP 27 PM 1:45
PROTHONOTARY
CLERK OF COURTS
MIFFLIN COUNTY

Plaintiff will make service on out of state defendant(s) which will be done by Plaintiff through other means consistent with the Pennsylvania Rules of Civil Procedure.

September 27, 2018

Robert D. Kline, J. D. - Plaintiff
2256 Fairview Road
McClure, PA 17841
Telephone 570-658-3448

4825-9309-6159

From:				12/10/2020 09:33		#362 P.003/004

| | |
|---|---|
| Robert D. Kline ) | IN THE COURT OF COMMON |
| ) | PLEAS, MIFFLIN CO, PA |
| PLAINTIFF ) | CIVIL ACTION - LAW |
| ) | NO. CV - 2018 - 1152 |
| V. ) | |
| ) | |
| Health and Life Associates, LLC, John Ripple, ) | |
| Jillian Ripple, Kellee Hiob ) | |
| ) | |
| DEFENDANTS ) | |

2018 SEP 27 PM 1:45
PROTHONOTARY
CLERK OF COURTS

...  COUNTY

## WRIT OF SUMMONS

To: Health and Life Associates, LLC, John Ripple, Jillian Ripple, Eric Young & Craig Blair

    YOU ARE NOTIFIED THAT THE ABOVE-NAMED PLAINTIFF HAS COMMENCED A CIVIL ACTION AGAINST YOU.

_____
Prothonotary/Clerk, Civil Div.

Date: 9/27/18

By H. P. Wyatt
Deputy

4825-9309-6159

From:                                                                12/10/2020 09:33      #362 P.004/004

### CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provision of the Public Access Policy of the Unified Judicial System of Pennsylvania; Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

Robert D. Kline, J. D. - Plaintiff
2256 Fairview Road
McClure, PA 17841
570-658-3448

September 27, 2018

2018 SEP 27 PM 1:45
PROTHONOTARY
CLERK OF COURTS

PENN COUNTY

4825-9309-6159