# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robert D. Kline,<br><br>    Plaintiff<br><br><br><br>Health and Life Associates, LLC,<br>John Ripple, Jillian Ripple, Kellee Hiob,<br>American General Life Insurance Co. &<br>Axis Insurance Company<br><br>    DEFENDANTS | )<br>)<br>)<br>)<br>) Civil Action No. 4:21-cv-00408<br>) (Magistrate Judge Carlson)<br>) |

FILED
HARRISBURG, PA

APR 20 2021

PER _____
DEPUTY CLERK

---

Robert D. Kline
2256 Fairview Road
McClure, PA 17841
570-658-3448
Plaintiff – pro se
rob@eawireless.net

Michael P. Leahey (PA Bar #92933)
Erin R. Vuljanic (PA Bar #320166)
Sylvia N. Winston (PA Bar #318285)
JACKSON KELLY PLLC
Union Trust Building
501 Grant Street, Suite 1010
Pittsburgh, PA 15219
mpleahey@jacksonkelly.com
erin.vuljanic@jacksonkelly.com
sylvia.winston@jacksonkelly.com

## PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT AMERICAN GENERAL LIFE INSURANCE CO.

The Plaintiff, Robert D. Kline hereby requests pursuant to Fed. R. Civ. P. 41(a)(1) that his case against defendant American General Life

Insurance Co. be dismissed. Said defendant has not filed an answer or motion for summary judgment to date. Plaintiff requests that the case be continued as against the remaining defendants.

Date: April 15, 2021

                                      Respectively submitted,

                                      *[signature]*

Robert D. Kline – Plaintiff pro se
2256 Fairview Road
McClure, PA 17841
570-658-3448
rob@eawireless.net

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robert D. Kline,<br><br>        Plaintiff<br><br>Winter Haven Facility<br>Operations, LLC,<br><br>        Defendant | )<br>)<br>)<br>) Civil Action No. 1:20-cv-00473<br>) (Magistrate Judge M. Carlson)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2021 I have filed the above Notice via U. S. Mail First Class postage paid and all parties have been served by U. S. Mail First Class postage paid addressed as follows:

Atty. Erin R. Vuljanic
501 Grant St. Ste 1010
Pittsburgh, PA 15219

Axis Insurance Company c/o
Corporation Service Company
43 Technology Pkwy. S., Ste. 300
Norcross, GA 30092

Health and Life Associates, LLC
c/o John Ripple
2700 Philadelphia Road, Ste. C
Edgewood, MD 21040

Kellee Hiob
1819 Robinson Mill Rd.
Darlington, MD 21034

Jillian Ripple
4692 Millenium Drive, Ste 410
Belcamp, MD 21017

John Ripple
4692 Millenium Drive, Ste 410
Belcamp, MD 21017

_____
Robert D. Kline pro se - Plaintiff
2256 Fairview Road
McClure, PA 17841
570-658-3448

2256 Fairview Road
McClure, PA 17841
April 15, 2020

Clerk of Court
U.S. District Court, M.D. Pa.
Federal Bldg. & U.S. Courthouse
228 Walnut Street
9th Floor
Harrisburg, PA  17108

        RE:    Rule 41 dismissal
                  Civil Action No. 4:21-cv-00408

Dear Sir or Madam:

Enclosed please find an original and one copy of the Rule 41 dismissal to be filed and the copy returned to me in the envelope I have enclosed.

Also, I have enclosed the form that relates to consent to magistrate judge which should be filed stamped and returned as well.

Thanks for your attention to this matter and feel free to call me with any concerns relating to this matter.

Respectfully,

*[signature]*

Robert D. Kline – pro se
570-658-3448
rob@eawireless.net



RECEIVED
HARRISBURG, PA

APR 20 2021

_____ TY CLERK

Clerk of Court
U.S. District Court, M.D. Pa.
Federal Bldg. & U.S. Courthouse
228 Walnut Street, 9th Floor
Harrisburg, PA 17108

Robert D. Kline
2256 Fairview Road
McClure, PA 17841