## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Robert D. Kline,                                      )
                                                     )
              Plaintiff                              )
                                                     )   Civil Action No. 4:21-cv-00408
                                                     )    (Magistrate Judge Carlson)
                                                     )
Health and Life Associates, LLC,
John Ripple, Jillian Ripple, Kellee Hiob,
American General Life Insurance Co. &
Axis Insurance Company

              DEFENDANTS

## COURT ORDER

AND NOW, this ___20th___ day of April, 20201, after Plaintiff's Notice of
Dismissal of Defendant American General Life Co., it is **HEREBY**
**ORDERED** that said Defendant is dismissed and this case shall continue
as against the remaining defendants.

**BY THE COURT**:

*s/ Martin C. Carlson*

_____

**U.S. Magistrate Judge**