## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Robert D. Kline,                )
                                )
    Plaintiff              )
                                ) Civil Action No. 4:21-cv-00408
                                ) (Magistrate Judge Carlson)
                                )
Health and Life Associates, LLC,
John Ripple, Jillian Ripple, Kellee Hiob,
American General Life Insurance Co. &
Axis Insurance Company

    DEFENDANTS

### PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANTS HEALTH AND LIFE ASSOCIATES, LLC, JOHN RIPPLE, JILLIAN RIPPLE AND KELLEE HIOB

The Plaintiff, Robert D. Kline hereby requests pursuant to Fed. R. Civ. P. 41(a)(1) that his case against the defendants Health and Life Associates, LLC, John Ripple, Jillian Ripple, and Kellee Hiob. Said defendants have not filed an answer or motion for summary judgment to date. Each party shall bear their own costs.

                              Respectively submitted,

                              Robert D. Kline – Plaintiff pro se
                              2256 Fairview Road
                              McClure, PA 17841
                              570-658-3448
Date:  June 11, 2021        rob@eawireless.net

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Robert D. Kline,                )
                                )
        Plaintiff      )
                                ) Civil Action No. 4:21-cv-00408
                                ) (Magistrate Judge Carlson)
                                )
Health and Life Associates, LLC,
John Ripple, Jillian Ripple, Kellee Hiob,
American General Life Insurance Co. &
Axis Insurance Company

        DEFENDANTS

### CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2021 I have filed the above Notice via

U. S. Mail First Class postage paid and all parties have been served by U.

S. Mail First Class postage paid addressed as follows:

Axis Insurance Company c/o
Corporation Service Company
43 Technology Pkwy. S., Ste. 300
Norcross, GA 30092

VIA U. S. Mail First Class postage paid addressed as follows:

Eric E. McLauchlin, Esquire
Shaffer, McLauchlin & Stover, LLC
836 South Main Street, Suite 102
Bel Air, MD 21014

Attorney for Health and Life Associates, LLC, Kellee Hiob, Jillian Ripple & John Ripple.

*[signature]*

Robert D. Kline pro se - Plaintiff
2256 Fairview Road
McClure, PA 17841
570-658-3448

2256 Fairview Road  
McClure, PA 17841  
June 11, 2021

Clerk of Court  
U.S. District Court, M.D. Pa.  
Federal Bldg. & U.S. Courthouse  
228 Walnut Street  
9th Floor  
Harrisburg, PA 17108

           RE:    Rule 41 dismissal  
                    Civil Action No. 4:21-cv-00408

Dear Sir or Madam:

    Enclosed please find an original and one copy of the Rule 41 dismissal to be filed and the copy returned to me in the envelope I have enclosed.

    Thanks for your attention to this matter and feel free to call me with any concerns relating to this matter.

                                                Respectfully,

                                                Robert D. Kline – pro se  
                                                570-658-3448  
                                                rob@eawireless.net

Robert D. Kline
2256 Fairview Road
McClure, PA 17841

RECEIVED
HARRISBURG, PA
JUN 16 2021
PER_____
     DEPUTY CLERK

HARRISBURG PA 171
14 JUN 2021

U.S. District Court, M.D. Pa.
Federal Bldg. & U.S. Courthouse
228 Walnut Street
9th Floor
Harrisburg, PA 17108

17108-258699