# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT KLINE, | : | No. 4:21-CV-408 |
| Plaintiff | : | (Judge Carlson) |
| v. | : | |
| KELLEE HIOB, et al., | : | |
| Defendants | : | |

## PLAINTIFF'S RULE 41(a) NOTICE OF DISMISSAL
## OF DEFENDANT AXIS INSURANCE COMPANY

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Robert D. Kline hereby dismisses Defendant AXIS Insurance Company ("AXIS"), with prejudice. To date, AXIS has not filed an answer or motion for summary judgment. Plaintiff does not dismiss his claims against the remaining Defendants.

Dated June 16, 2021

Respectfully submitted,

Robert D. Kline, *pro se*
2256 Fairview Road
McClure, PA 17841
570-658-3448
rob@eawireless.net

*To be filed through ECF by AXIS Insurance Co. at the request and permission of Plaintiff*