## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Robert D. Kline, </br></br> Plaintiff </br></br> v. </br></br> Health and Life Associates, LLC, </br> John Ripple, Jillian Ripple, Kellee Hiob, </br> American General Life Insurance Co. & </br> Axis Insurance Company </br></br> DEFENDANTS | ) </br> ) </br> ) </br> ) Civil Action No. 4:21-cv-00408 </br> ) (Magistrate Judge Carlson) </br> ) |

### COURT ORDER

AND NOW, this 16th day of June, 2021, after Plaintiff's Notice of Dismissal of Defendants Health and Life Associates, LLC, John Ripple, Jillian Ripple, Kellee Hiob it is **HEREBY ORDERED** that said Defendants are dismissed and this case is discontinued as against these Defendants with each side to bear their own costs.

**BY THE COURT:**

s/ Martin C. Carlson
_____

Martin C. Carlson,
U.S. Magistrate Judge